# EXHIBIT 2

```
 1                    CITY OF FLINT, MICHIGAN

 2                      FLINT CITY COUNCIL

 3

 4        Excerpt of Proceedings held in the above entitled matter

 5        on Monday, August 14, 2023, at Flint City Hall, 1101 South

 6        Saginaw Street, Flint, Michigan.

 7   PRESENT:            ERIC MAYS, WARD 1

 8                       LADEL LEWIS, WARD 2

 9                       QUINCY MURPHY, WARD 3

10                       JUDY PRIESTLEY, WARD 4

11                       JERRI WINFREY-CARTER, WARD 5

12                       TONYA BURNS, WARD 6

13                       DENNIS PFEIFFER, WARD 8

14                       EVA WORTHING, WARD 9

15                       DAVINA DONAHUE, CITY CLERK

16                       WILLIAM KIM, ESQ.

17   TRANSCRIBED BY:     PATRICIA A. CLIFFORD, CER-6987
                         (810) 234-7785
18

19

20

21

22

23

24

25
```

Jamie Lewis v. Baker  Case 2:23-cv-12123-SFC-KGA  ECF No. 11-3, PageID.119  Filed 11/13/23  Page 3 of 6  Excerpt of Proceedings

2

1          COUNCILWOMAN LEWIS:  But before I do that, let

2     me just reiterate the reading of the disorderly persons

3     city code subsection.

4          Any person that persists in disrupting this

5     meeting will be in violation of Flint City Code Subsection

6     31-10, Disorderly Conduct, Assault and Battery, Disorderly

7     Person, and will be subject to arrest for a misdemeanor.

8     Any person who prevents the peaceful and orderly conduct

9     of any meeting will be given one warning.  If they persist

10    in disrupting the meeting, that individual will be subject

11    to arrest.  Violators shall be removed from the meeting.

12          So for the balance of the public hearing members

13    of the public shall have no more than three minutes to

14    address the City Council during a public hearing and this

15    is Public Hearing 230225-6.

16               *     *     *     *     *

17          COUNCILMAN MURPHY:  I do want to remind my

18    colleagues, first off, I did not hear Mr. Matthews

19    personally attack him.  He just referenced him being a

20    professor out of town and brought up a suggestion of what

21    have he brought to the table as a solution.  I did not

22    hear any personal attack, but I do want to bring to my

23    colleague attention that our councilman in the First Ward

24    that is, via public speaking earlier, called us a human

25    chip head, negro, (Unintelligible) and not one time did I

Jamie Lucas, a reporter Case 2:23-cv-12123-SFC-KGA ECF No. 11-3, PageID.120 Filed 11/13/23 Page 4 of 6 Excerpt of Proceedings

3

| 1 | hear my colleagues stop that and I think it's wrong. I |
|---|---|
| 2 | think it's disrespectful. And regardless of whatever |
| 3 | people may think my mother, Maggie Quincy Murphy, I am |
| 4 | sitting in this seat as Councilman Murphy and I will not |
| 5 | be called anything else. Any time someone think they want |
| 6 | to call me that I'm gonna stop them in their tracks. |
| 7 | But we did -- we allowed it. Not one person on |
| 8 | this council said anything and I just let it roll off. |
| 9 | 'Cause sometimes then what people said about you is what |
| 10 | you respond to and I know I'm not that, so I'll try not to |
| 11 | let that get to me. But we need to stop that. This man |
| 12 | did not attack this man person. So if we're gonna do it |
| 13 | for one, let's do it for when the real attacks take place. |
| 14 | And that's why... that's why he's not here now. |
| 15 | MS. BIGGS-LEAVY: Oh, he'll be back. |
| 16 | COUNCILWOMAN LEWIS: Excuse me. So that is like |
| 17 | the third time that you have spoken out. That is your |
| 18 | warning. |
| 19 | MS. BIGGS-LEAVY: This is no third time. |
| 20 | COUNCILWOMAN LEWIS: That is your warning. |
| 21 | MS. BIGGS-LEAVY: (Unintelligible). |
| 22 | COUNCILWOMAN LEWIS: You're out of order and you |
| 23 | are removed from this meeting. Metcalfe or our police |
| 24 | please remove her from this meeting for being disorderly. |
| 25 | (Unintelligible) members will and they are not |

Jamie Lombardi, Barker   Case 2:23-cv-12123-SFC-KGA   ECF No. 11-3, PageID.121   Filed 11/13/23   Page 5 of 6   Excerpt of Proceedings

4

```
 1          allowed to call people racist and yell out and take the
 2          floor.
 3                    MS. BIGGS-LEAVY:  (Unintelligible).
 4                    COUNCILWOMAN LEWIS:  Thank you.
 5                    MS. BIGGS-LEAVY:  (Unintelligible).
 6                    COUNCILWOMAN LEWIS:  Again, Ms. -- She does not
 7          have the floor.  Please escort Ms. Beverly Biggs-Leavy out
 8          of the -- out of the -- out of the room because she's in
 9          violation of the disorderly persons city code.
10                    MS. BIGGS-LEAVY:  (Unintelligible).  Quindy
11          Murphy, you --
12                    COUNCILWOMAN LEWIS:  Excuse me, this is not your
13          opportunity to talk on your way out.  Ma'am, would you
14          please exit.  And would you please exit.
15                    Thank you, Officer Schmidt.  Thank you for
16          exiting, Ms. Biggs-Leavy.  You will not violate the
17          disorderly persons city code subsection.  Thank you.
18          Thank you so much.  Have a great evening.
19                         (Excerpts concluded.)
20
21
22
23
24
25
```

3

4

5    STATE OF MICHIGAN)

6                    )ss

7    COUNTY OF GENESEE)

8

9

10           I hereby certify that the foregoing is a full,

11   true and accurate transcript done to the best of my ability

12   based upon the quality of the audio recording provided.

13

14   Dated: October 5, 2023

                                PATRICIA A. CLIFFORD, CER-6987
15
     Notary Public:
16   Genesee County, Michigan
     My Commission Expires:
17   March 10, 2029

18

19

20

21

22

23

24

25