UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Beverly Biggs-Leavy,

    Plaintiff,

v.                                                                    Case No. 23-12123

Ladel Lewis,                                                    Sean F. Cox
                                                                  United States District Court Judge

    Defendant.
_____/

## ORDER REGARDING
## RECENTLY FILED MOTION TO DISMISS

Defendant recently filed a Motion to Dismiss.  (ECF No. 11).

Without expressing any view regarding the merits of the Motion to Dismiss, the Court shall afford Plaintiff the opportunity to cure the purported deficiencies by filing an amended complaint.  The Court hereby **ORDERS** that any amended complaint must be filed within twenty one days of today's date.

Accordingly, Plaintiff is presented with a choice of how to proceed, given that a Motion to Dismiss has been filed.  Within twenty one days of today's date, Plaintiff may either: 1) file an amended complaint, in which case this Court will deny without prejudice the currently pending Motion to Dismiss as moot; OR 2) file a response to the pending Motion to Dismiss, and the Court will decide the motion based upon the existing complaint.[1]

    IT IS SO ORDERED.

---

[1] If Plaintiff elects not to file an amended complaint and the Court rules on the pending motion, any dismissal may be with prejudice.

                                                            s/Sean F. Cox
                                                            Sean F. Cox
                                                            United States District Judge

Dated: November 15, 2023