## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## FLINT DIVISION

| | |
|---|---|
| BEVERLY BIGGS-LEAVY, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>LADEL LEWIS, in her official and individual capacities,<br><br>  Defendants. | Hon. Sean F. Cox<br>Magistrate Judge Kimberly G. Altman<br><br>Civil Action No.: 2:23-cv-12123-SFC-KGA |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiff's counsel, Joseph Cannizzo Jr., Esq., Lawrence A. Katz, Esq., and John A. Fernandez, Esq. of the law firm Lento Law Group, P.C., hereby provide this Response to the Court's Order to Show Cause of December 18, 2023, wherein the Court orders Plaintiff to show cause as to why the unopposed Motion to Dismiss filed by Defendant, LADEL LEWIS, should not be granted.

1. In support of Plaintiff's response, Plaintiff incorporates by reference herein the Certifications of Joseph Cannizzo Jr., Esq., Lawrence A. Katz, Esq., and John A. Fernandez, Esq., filed concurrently herewith.

2. Given the explanation provided in the aforementioned Certifications of Plaintiff's Counsel, it is our belief that good cause has been shown as to why the Defendant's subject Motion to Dismiss should not be granted.

3.   As a result of the unfortunate mistake on attorney Cannizzo's part and as a further result of the technological difficulties experienced by attorney Katz and attorney Fernandez, we respectfully request that this Honorable Court find that good cause exists as to why the Defendant's subject Motion to Dismiss should not be granted, and that Plaintiff have another opportunity, consistent with Your Honor's Order of November 15, 2023, to file an Amended Complaint to cure the purported deficiencies in Plaintiff's operative Complaint

4.   We hope this matter has been addressed to the Court's satisfaction, and we apologize for any inconvenience.

   WHEREFORE, given the foregoing, good cause exists as to why the Court should not impose sanctions or dismiss the instant action.

Respectfully Submitted,

**LENTO LAW GROUP, P.C.**

Dated: December 26, 2023

JOSEPH CANNIZZO JR., ESQUIRE
AL State Bar No. 3584O57X
(*Admitted in the E.D. of Michigan*)
LENTO LAW GROUP, P.C.
Chase Corporate Center
1 Chase Corporate Center, Suite 400
Birmingham, AL, 35244
T: (385) 485-0600 | F: (313) 992-1122
jcannizzo@lentolawgroup.com
*Attorney for Plaintiff*

|  |  |
|---|---|
|  | **LENTO LAW GROUP, P.C.** |
| Dated: <u>December 26, 2023</u> | _____<br>LAWRENCE A. KATZ, ESQUIRE<br>NJ State Bar No. 027051988<br>(*Admitted in the E.D. of Michigan*)<br>LENTO LAW GROUP, P.C.<br>3000 Atrium Way, Suite 200<br>Mt. Laurel, NJ 08054<br>T: (856) 652-2000 | F: (856) 375-1010<br>lakatz@lentolawgroup.com<br>*Attorney for Plaintiff* |
|  | **LENTO LAW GROUP, P.C.** |
| Dated: <u>December 26, 2023</u> | _____<br>JOHN A. FERNANDEZ, ESQUIRE<br>MI State Bar No. P68029<br>(*Admitted in the E.D. of Michigan*)<br>LENTO LAW GROUP, P.C.<br>The Ferris Wheel<br>615 Saginaw Street<br>Flint, MI 48502<br>T: (810) 962-8200 | F: (810) 962-8201<br>jafernandez@lentolawgroup.com<br>*Attorney for Plaintiff* |

**CERTIFICATION OF SERVICE**

I hereby certify that on this, the 26th day of December, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the District's CM/ECF system, which will send notification to all parties of record, including:

Frederick A. Berg
Butzel Long
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7080
Email: bergf@butzel.com

Sheldon H. Klein
Butzel
201 West Big Beaver Road, Suite 1200
Troy, MI 48084
(248) 258-1414
Email: klein@butzel.com

|  |  |
|---|---|
| DATED: December 26, 2023 | LENTO LAW GROUP, P.C.<br><br>*[signature]*<br>JOSEPH CANNIZZO JR., ESQ<br>*Attorney for Plaintiff* |